UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CRAIG FRENTZEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-2304 CAS |
| ) | |
| GLENN BOYER, SHERIFF, ) | |
| JOHN DOE DOCTOR, and ) | |
| JANE DOE NURSE, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT AND ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Glenn Boyer and against plaintiff on plaintiff's claims under 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that plaintiff's state law claims against defendant Boyer are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that plaintiff's claims against defendants John Doe Doctor and Jane Doe Nurse are **DISMISSED** without prejudice.

Each party shall bear his own costs.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of March, 2007.